**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 20 B 13381 |
| | ) | |
| DELUXE EXPRESS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge David D. Cleary |

**ORDER SETTING SUBCHAPTER V STATUS CONFERENCE**

Deluxe Express, Inc., (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code.

**IT IS ORDERED:**

1. **Status Conference**. The court will hold the status conference required by 11 U.S.C. §1188 on September 2, 2020 at 10:30 A.M. The need for an extension beyond 60 days after the entry of the order for relief is attributable to circumstances for which the debtor should not justly be held accountable. The Debtor, counsel for the Debtor, and the Subchapter V trustee must appear. The status conference will be heard telephonically; no personal appearances are permitted. To appear and be heard telephonically, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

2. **Section 1188(c) Report.** At least 14 days before the date of the status conference, the Debtor must file the report required by 11 U.S.C. §1188(c), and serve that report on the Subchapter V trustee, the United States Trustee, and all creditors and other parties in interest.

3. **Service.** The clerk of the court is directed to serve a copy of this order on the Debtor, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 7016-1.

ENTERED:

Date: July 22, 2020

_____
DAVID D. CLEARY
United States Bankruptcy Judge